NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT E. BALDWIN,           )
                                     )
       Appellant,         )
                                     )
v.                           )     Case No. 2D18-3143
                                     )
STATE OF FLORIDA,         )
                                     )
       Appellee.          )
_____)

Opinion filed September 13, 2019.

Appeal from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Howard L. Dimmig, II, Public Defender, and
Kevin Briggs, Assistant Public Defender,
Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kelly O'Neill, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


         Affirmed.


CASANUEVA, KELLY, and LaROSE, JJ., Concur.